# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LITINETSKY, | ) Case No: 2:18-cv-02125-TLN-AC |
| Plaintiff, | ) *The Honorable Troy L. Nunley* |
| vs. | ) |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC, at al. | ) **ORDER ON STIPULATION TO VOLUNTARILY REMAND ACTION TO STATE COURT** |
| Defendants | ) |

Having reviewed the Stipulation of Voluntary Remand the Action to State Court (the "Stipulation"), filed by Defendants NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING ("Shellpoint") and THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE

-1-

FOR THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC3 ("Investor") and Plaintiff MARIA LITINETSKY, the Court makes the following Order:

**IT IS ORDERED, ADJUDGED, AND DECREED** that,

Based on Plaintiff's representation that the "Amount in Controversy" in this Action does not exceed $75,000.00, the Action, case number 2:18-cv-02125-TLN-AC is REMANDED to the Placer County Superior Court.

**Dated: August 29, 2018**

---
Troy L. Nunley
United States District Judge